Alyson Anne Berg, Attorney, DOJ-USAO, Fresno, CA, Bureau of Prisons Regional Counsel, Federal Bureau of Prisons, Stockton, CA, Litigation Coordinator, USP—Atwater, Atwater, CA, for Defendants-Appellees

Before: CANBY, TROTT, and GRABER, Circuit Judges.

### MEMORANDUM **

Federal prisoner Maurice Hunt appeals pro se from the district court's judgment dismissing his action brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000). We affirm.

The district court properly dismissed Hunt's action because Hunt failed to allege facts sufficient to show that defendants were deliberately indifferent to his back and hip injury. *See Toguchi v. Chung*, 391 F.3d 1051, 1057, 1060 (9th Cir. 2004) (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to an inmate's health;

mere negligence is insufficient to establish deliberate indifference); *see also Farmer v. Brennan*, 511 U.S. 825, 847, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) (Eighth Amendment claim for denial of humane conditions of confinement requires showing that prison official "knows that inmates face a substantial risk of serious harm and disregards that risk by failing to take reasonable measures to abate it.").

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

**Janell GOMES, Plaintiff-Appellant,**

v.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BAC Home Loans Servicing, LP, Defendants-Appellees.**

**No. 12-16754**

United States Court of Appeals, Ninth Circuit.

Submitted November 15, 2017 *

Filed November 20, 2017

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Janell Gomes, Pro Se

Kasey Curtis, Reed Smith LLP, Los Angeles, CA, Elena. O. Gekker, Reed Smith LLP, San Francisco, CA, for Defendants-Appellees

Before: CANBY, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

This matter has been stayed since February 2, 2015 pending resolution of *Ho v. ReconTrust Co., N.A.*, No. 10-56884, *Park v. Lehman Brothers Bank, FSB*, No. 11-55473, or *Park v. Quality Loan Service Corp.*, No. 12-56450, or further order of the court. We hereby lift the stay.

Janell Gomes appeals pro se from the district court's judgment dismissing her action alleging violations of the Fair Debt Collection Practices Act and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under Federal Rule of Civil Procedure 12(b)(6). *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010). We affirm.

The district court properly dismissed Gomes's action because Gomes failed to allege facts sufficient to state a plausible claim. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678, 681, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (to avoid dismissal, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face" and conclusory allegations are not entitled to be assumed

true) (citation and internal quotation marks omitted)).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.